

FILED

2022 Sep-09  PM 06:00
U.S. DISTRICT COURT
N.D. OF ALABAMA



Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

2022 SEP -9  A 11: 07

U.S. DISTRICT COURT
N.D. OF ALABAMA

**Plaintiff**
*(Write your full name.  No more than one plaintiff may be named in a pro se complaint)*

Janisa Roseann Turner

v.
(VERSUS)

Alabama Dept. of Labor
Unemployment Compensation
Division

}
}
}
}
}
}
}
}
}
}
}
}
}
}
}

Case No.: 2:22cv1159-NAD
(to be filled in by the Clerk's Office)

JURY TRIAL ☒ Yes   ☐ No

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

**A.   The Plaintiff**

Name            Janisa R. Turner

Street Address  ~~709 21st Ave West~~ P.O. Box 955

City and County ~~Birmingham, AL 35204~~ Bessemer, AL

State and Zip Code  Alabama  ~~35204~~   35020

Telephone Number  205- ~~7186149~~ 8626918

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation.  If you are suing an individual in his/her official capacity, include the person's job or title.  Attach additional pages if needed.

Page **1** of **7**

Pro Se General Complaint for a Civil Case (Rev.10/16)

**Defendant No. 1**
    Name              Alabama Dept. of Labor-Unempl ~~Compt~~ Comp. Division

    Job or Title

    Street Address      649-Monroe Street

    City and County    Montgomery, AL 36131

    State and Zip Code  Alabama  36131

**Defendant No. 2**
    Name

    Job or Title

    Street Address

    City and County

    State and Zip Code

**Defendant No. 3**
    Name

    Job or Title

    Street Address

    City and County

    State and Zip Code

**Defendant No. 4**
    Name

    Job or Title

    Street Address

    City and County

    State and Zip Code

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5

Name _____

Job or Title _____

Street Address _____

City and County _____

State and Zip Code _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question   ☒ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _ALA. Dept. of Labor Unemployment Comp. Div._

Address _649-Monroe St. Montgomery, AL-36131_

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

Pro Se General Complaint for a Civil Case (Rev. 10/16)

**C.     If the Basis for Jurisdiction is Diversity of Citizenship**

1.   The Plaintiff

The plaintiff, *(name)* Jadisa R. Turder , is a citizen of the
State of *(name)* Alabama .

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)*_____, is a citizen of the
State of *(name)*_____. Or is a citizen of
*(foreign nation)* _____.

b.   If the defendant is a corporation

The defendant, *(name)*_____, is incorporated under
the laws of the State of *(name)*_____, and has its
principal place of business in the State of *(name)*_____.

Or   is   incorporated   under   the   laws   of   *(foreign   nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant
owes or the amount that is at state – is more than $75,000, not counting
interest and costs of court, because: *(explain)*

Worked 4 days per week at 8 hours per
day approximately $11.00 per hour
$352.00 per week

**III.   Statement of Claim**



Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant denied my claim base on Lies from J & S Catering (Regions Field - Birmingham Baron's. I did not voluntarily quit because of Lack of transportation. Trying to make appear "I'm crazy on jobs and cant perform job task. Explanation enclosed on what took place my last day working at Regions Field - J & S Catering. It's mentioned on notice of Determination place of employment was Briggs William H. I've never heard of.

2 - claims were filed - 1st was Hire Quest (was never resolve in year 2020 and claim filed in year 2021 - J & S Catering (Region Field) - denied false information.

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To be paid proper and within of Reasoning amounts due for unemployment compensation. If possible amounts for pain and suffering can be incorporate, "as plaintiff its expected." If extra money was not needed, "there would not have been any action seeking employment and performing instructed job duties." When these sort of things happens, "it causes stress and elevated blood pressure physically."

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Jadisa_  Last Name _Turder_

Mailing Address _Post Office Box 955_

City and State _Birmingham, AL / Bessemer,_ Zip Code _35020_
Alabama

Telephone Number _____

E-mail Address _____

Signature of plaintiff _Jamisa B. Turner_

Date signed _09/04/2022_


**\*\*OPTIONAL\*\***

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at <u>www.pacer.gov</u>

Pro Se General Complaint for a Civil Case (Rev. 10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

       ☒ HTML – Recommended for most e-mail clients

       ☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

Nisat4@aol.com     OR    TurderJanisaD99@gmail.com

Participant signature: Janisa R. Turner

Date: 09/04/2022

BEN-11
REV. (10/2017)
NOMO-0404




165589591

ALABAMA DEPARTMENT OF LABOR
UNEMPLOYMENT COMPENSATION DIVISION

STATE OF ALABAMA

KAY IVEY • GOVERNOR
FITZGERALD WASHINGTON • SECRETARY

## Notice of Determination

JANISA R TURNER
449 7TH ST W
BIRMINGHAM, AL 35204-3531

**Mailed Date**: 11/22/2021

**You have been disqualified or determined _ineligible_ for benefits as determined below.**

| Determination Details | | | |
|---|---|---|---|
| Issue: | Voluntary Quit | Issue ID: | 893244201 |
| Section of Law: | 25-4-78(2) | Claimant ID: | 1059884 |
| Effective Date: | 10/10/2021 | Claim Date: | 8/29/2021 |
| End date: | Indefinite | Program: | Regular UI |
| Status: | **Denied** | Claims Inquiry Line: | 1 (800) 361-4524 |

You left your last bona fide work with BRIGGS WILLIAM H voluntarily due to lack of transportation. Transportation is the personal responsibility of the employee. Your leaving work was without good cause connected with work. You will not be entitled to benefits until you have worked in insured or other acceptable employment and earned wages of at least ten times the weekly benefit amount established on your benefit year effective 8/29/2021 since leaving this job, and be separated for a non-disqualifying reason. The maximum amount of benefits to which you may then become entitled is reduced by 3 times the weekly benefit amount for that benefit year.

Page **1** of **2**

649 Monroe Street • Montgomery, AL 36131 • labor.alabama.gov

_Equal opportunity employer/program. Auxiliary aids and services are available upon request to individuals with disabilities. Dial 711 for TTY accessibility._

①

Dear Unemployment Comp.)     10/09/2021
    After I'd faxed your requested information,
got home and discovered the attached documen
id mailbox. There are 2 things, "First, this
claim is invalid," "there's not to be a claim
filed on Stellar Staffing." The maid claim
excluding Stellar Staffing is for J and S
Catering (Region's Field - Birmingham Barons)
that was filed May 2021 or June 2021. The
Reason being from April 2, 2019 to Sept. 4, 2019
"I worked the entire game season for J & S Catering
the year of 2019, did not work year 2020 (due to
covid 19)" "was Rehired May of 2021 when I went in,"
"started, created situations ended my employment
there 05/23/2021 or 05/24/2021." Read attached
information enclosed.

    This is what I believe, "An ex boyfriend from
1980's (City of Birmingham & City of Midfield
police officer - William T. Camp, JR.) showed up as
a Security officer at Region field - B'ham Barons
(J & S Catering) games a month after I started
working in May 2019. I started April 2, 2019. I
worked the full season in 2019. Andy was my imm-
ediate supervisor and if he'd any discrepancies

(3)

in my work performance, "it would have mani-
fested in the first 2 weeks of work in year
2019 and they would have terminated me at
onset due to inability to perform job task. That's
not what took place in YEAR 2019, entire season
was worked. William Came JR, was seed several
times By me working as Security at Regiod
Field in year 2019, showed up a month after
I started. Rehired by new Supervisor Guss,
started and whatever was said about me belliad
my Back was acted out By employee's there
at J & S Catering/Regiod Field "that lead to
me Being no longer employed at J & S Catering
as of the date of May 23, 2021 or May 24,
2021.

The 2nd thidg, "the address I now Reside at
449-7th Street, West, B'Ham, AL 35204, apart-
ment unit B was left off your document you
forwarded to me 10/04/2021." B as in boy
must be included "so that my mail will not end
up in other tedant mailbox."

I must stress, "there should not be an
Udemployment claim filed on stellar staffing, only
on J & S Catering for interrupting & causing lack of income

I did Not Respend to this decument.

UIPL-921-6
REV. (02/2021)




1059884


160342430

ALABAMA DEPARTMENT OF LABOR
UNEMPLOYMENT COMPENSATION DIVISION

KAY IVEY • GOVERNOR
FITZGERALD WASHINGTON • SECRETARY

STATE OF ALABAMA
**Notification of Potential**

## Mixed Earners Unemployment Compensation (MEUC)

JANISA R TURNER
729 21ST AVE W
BIRMINGHAM, AL 35204-1436

| | |
|---|---|
| **Claimant ID:** | 1059884 |
| **Claim ID:** | 25511526250001 |
| **Benefit Year:** | 07/05/2020 to 07/04/2021 |
| **Mailed Date:** | 03/01/2021 |

**This notice is to inform you of changes to your claim as a result of the passage of the Continued Assistance for Unemployed Workers Act of 2020 (Continued Assistance Act), as part of the Consolidated Appropriations Act, 2021. If you earned self-employment income during the tax year prior to your application for unemployment, you may be eligible for the Mixed Earners Unemployment Compensation (MEUC) program.**

If you were previously self-employed, you may be eligible for an additional $100 supplemental weekly payment under the Mixed Earners Unemployment Compensation (MEUC) program starting with week ending January 2, 2021.

To qualify, you must: 1) have earned at least $5,000 in self-employment income in the most recent tax year prior to your application for regular unemployment compensation (UC), and 2) submit documentation substantiating your self-employment income.

If you earned at least $5,000 in self-employment income during the 2019 tax year and want **to apply for the MEUC additional benefit, you MUST return this form** to Alabama Department of Labor, Attention Special Programs, 649 Monroe Street, Montgomery, AL 36131. **You must include a copy of your 2019 tax return verifying your self-employment income.** If you do not include proper documentation of your self-employment income, MEUC will NOT be added to your claim.

If you are eligible for the MEUC program and are paid at least $1 of your underlying unemployment benefit amount for any week of unemployment, you will also receive a $100 supplemental weekly MEUC payment. This is provided in addition to FPUC. Once you are approved for MEUC, you do not need to take any additional action to receive this supplemental payment. Continue to file your claim each week for the unemployment benefit you are currently receiving. **MEUC is not applicable to PUA benefit weeks.**

The MEUC program expires on March 14, 2021. This means that the last payable week for MEUC is week ending March 13, 2021. There is no phase out period for MEUC.

**I, JANISA R TURNER, wish to apply for the MEUC additional benefit. I certify that I earned at least $5,000 of self-employment income during the tax year 2019 and have attached proof of these earnings. I understand that making false statement to receive unemployment benefits is fraud, a Federal Offence, and could affect my ability to receive future benefits.**

Signature:_____   Date:_____

Page **1** of **2**

*Equal opportunity employer/program. Auxiliary aids and services are available upon request to individuals with disabilities. Dial 711 for TTY accessibility.*

Darisa R. Turner

(13)

Rgions/Fld/J&S catering 2021

Due to covid-19 pandemic I did not work seasonal
job at J&S catering located inside Regionsfield for Birm-
ingHam Barons, M  1st Avenue, south, Birmingham,
Alabama 35205. I did work the entire season of
year 2019 (from April 2019 to September 2019.) How I
found out about the seasonal job at J&S catering, I
went into Birmingham Career Center where Mr. Howe
enlightened me about, "told me if I showed up for inter-
view I would get Hired," "I did, got Hired," "worked the
entire season."

Year 2021- J&S catering/Btham Barons-from what took
place most Recent. Most supervisors were New

In year 2021 (maybe June) I filed an unemploy-
ment claim on J&S catering explaining Reasons
(attached). The Alabama State Employment unemployment Comp-
ensation ignored my claim. The claim was const-
antly in pending status for 2 months, no decision
made, so I stop calling weekly phone Reporting due
to the overly exaggerated waiting period for approval
or denial of claim. Due to needing extra finances, "I
worked a few weeks through temporary agency and
was no longer needed at work place I was dispatched
to," "Because of unexplained approval or denied claim at
Alabama State unemployment/employment Compensation
(claim in Relation to J&S catering/Regionfield, Btham Barons)
I Reapplied for unemployment compensation at AL.
State unemployment Office via phone," "spoke to a young
Caucasian Female who activated or Reset past claim from a
few weeks to a few months Back," "later found out that
particular unemployment claim specialist employee did



Not Refile claim on J&S Catering as I in-structed,""instead she filed a new claim on Stellar Staffing (that sent me out to a job that I did not work very long)" "Again I stopped calling the Alabama Unemployment Comp. Reporting phone line,"" And this is the way it stands as of this date of August 2022, between September 2022," "Never hearing back Alabama Dept. of Labor/Unemployment Compensation."

## Rehiring at J&S Catering/Year 2021

Between the months of March 2021 and April 2021 "I went to Regions Field-B'ham Barons/J&S Cater-'ing where there were at least 3 to 4 new supervisors. Ous (middle aged african american male) new head supervisor, interviewed me,""while in his office He went into computer using my social security number said I was eligible for rehire and rehired me for position of grill cart cook & Concession stand cook,""I started when Birmingham Barons Baseball games began," "I worked grill cart for 2 weeks before the situation was created by new supervisors and certain city of Birmingham police to cause forced quitting and asking to vacate premises."

This is what took place my last day of work at Region's Field-J&S Catering (May 2021) I clocked in,"went to grill cart to find out what sandwich meats were in freezer grill cart refrigerator," "there were no bratwurst, few hot dogs, no steaks or chicken meats for philly cheese/meat sandwiches," "I walked back

③

down to Large Kitchen," "got a small cart and started loading Frozen hot dogs, steak & chicken from large inside Freezer but, there were no Bratwurst in large Freezer," "got cart loaded without Bratwurst," "walked across Hallway asking about Bratwurst," "they opened the Freezer Refrigerator and Boxes of Bratwurst were in that particular concession stand," "they gave me 1 pack of Bratwurst with 7 Bratwurst inside pack," "at least 3 to 4 packs of Bratwurst would sale on grill cart," "I put the one pack of Bratwurst on small cart with other items I needed and pushed all items to grill cart about 80 to 150 feet away," "started the process of grill cooking," "at some point was waiting on customers/taking orders, saw cooked hot dogs were getting low on count," "went into Refrigerator to start preparing more hot dogs," "the Boxes of Hot dogs I Rolled up to grill cart early were gone," "this took place Last Sunday May 2021," "I had no food to prepare," "suspected city of Birmingham Police (William T. Camp Jr., Officer Bich and certain others) was behind what had taken place,"

I shut the grill off, "told the young african american female, cashier I was going to office," "I got down to the office," "the young african american female supervisor (new supervisor) was in office," "she started yelling at me, you cannot walk off the grill like that," "I said, yes I can," "said that someone took the box of Hot dogs and other meats out of Refrigerator," "I said, why am I to stay on grill and theres nothing to prepare," "that I can Leave," "she went on yelling, I was not to walk off grill and to just clock out," "I clocked out that day, never returning."

THE 2 weeks I worked at Regions Field year 2021

"This is what I encountered." "Officer Richt approach-
ed the grill cart. One evening said to me, Are you
having fun?" Those were the same exact words
in year 1985 from William T. Camp Jr. when I was
dating another guy. Because William T. Camp Jr.
(a city of Birmingham and City of Midfield Police
officer) I suspected that was officer Richt that day
in 2021 stated what I said while making a pur-
chase."

On that same cart I worked, "the first day I
worked cart with an African american female and
had a middle aged african american female
started working with me as cashier." "As time
went on and the middle aged african american
female told me, she'd been employed for city of
Birmingham AL for 27 years at Reddy precinct
and 6 years employed at A's cafeteria and that she
drove a Mercedes Benz."

Another day I worked with middle aged city of
Birmingham employee (African american female).
She (think name was Brenda) was just getting to work." She
looked at me up and down and start calling me ma am
instead of my first name as she did before."
"She also continuously called orders out too fast
for me." "the day the meats were taken out of grill
cart Refrigerator she was not working."

In year 2019, William T. Camp Jr. showed up at
RaventField as I worked. He woke City of Birming-
ham Police (show-up 1 month after I started and was inter-
acting with Larry (Indiana descendant) It was as if it was being watched.

④

Janisa R. Turner

(1)

Marriott 280/Al staffing/Region Fid (2021-2022)

I went through employment agency Stellar Staffing, Homewood, AL several job assignments. The most Recent was Marriott Hotel located at HWY 280 _____. For several weeks, ever about 2 months everything was ok at Marriott. I started working as a Banquet server for several weeks to about 1 1/2 months, "within the last 2 to 3 weeks I work, I worked as dish washer," "At that time I was living out of my vehicle because I was forced to move out of my apartment between months of March 2022 and April 2022. The kitchen manager (Bill Pfaff) asked me more than once about having my dog in vehicle, parked under tree on Marriott Lot.

This is what took place a few days & weeks or before my last day working at Marriott. Due to me working as dish washer at Marriott Hotel during the week I did not know or Had seen the weekend employ- ees. Not

I was in dish area washing dishes when a african american female (between ages 22 and 31) walked by with another young african american male. I said, "Hi to them and asked, were they new?" "the female said, No we are not new but, you are," "I did not say anything else to Her." She walked over to the food serving area where she was working and when the young african american male walked into her working area she said to him, "Did you Hear her ass asking was we new?" She went on talking loudly because I asked was she new. I did not know her and that was my first time ever seeing her. She continued

on talking loud about me asking was she new? I started to feel uncomfortable, "walked to front to find Bill Pfaff (52 yr. old, Kitchen manager) to expose the dish washing machine was malfunctioning and I felt uncomfortable with the young female chef employee (think name was Marsha) continuously talking loud about me because, I asked was she new and that I was going to leave. Bill Pfaff asked me not to leave to continue work because, it was going to be busy that night." Said HE didn't know anything about the dish washing machine, "that Marsha (the female that was continuosly talking loud about what I asked and other chef knew about the dishwashing machine." I agreed to stay. Walked back to Kitchen area and continued with dishes.

Within 40 second to 2 minutes "I saw Bill Pfaff in Kitchen Chef area interacting with Marsha-night-weekend Chef, that talked loud about me and didn't know me." After Bill and Marsha finished talking, "she walked from her work area across the way (about or between 12 and 16 feet away)" "she asked, what was happening with dish washer and what could she help me with?" "I asked how?" "I asked, "How are you're going to help me and you were across the way talking loud about me and this is my 1st time seeing you and you don't know me?" I went on to say, "I don't need your help and that I will ask other chef to help with dishwasher."

tag I think
IFd 22-73
IFd 22-72

(3)

After I said those things, "Marsha (young, african amer-
ican female) chef) started yelling and screaming at
me saying, you old Bitch I'll swatch all your hair
out," "As she walked back across to her work area
she went on yelling that Bitch don't know me, I'll
jump her ass." I yelled back to her, "You are not
going to do anything to me and to touch me if you
wanna." I continued on to wash dishes until end
of shift.

At same work place (Marriott Hotel Hwy 280 )
during time I worked there between March 2022 and
May 2022, Had been there working as Banquet Server
a few weeks, "I was in kitchen area for some reason
(maybe getting silverware) and as I walked got towards
large food heating containers, "a young (about age twenty
something years old) foreign, African male walked in
from banquet serving area "stopped in front of food
heating containers and asked me, what cooked foods
were inside containers for the employee's?" This was
my response to him, "calling him Caribbean Island or
Africa there's foods inside Hashbrowns, Bacon or
something," "He was very mean (his voice and how he looked)
said, I asked what foods were inside containers and
you're asking me about where I'm from Africa or
Caribbean Islands." I walked away from him.

While working in kitchen in dish washing area, "I
overheard some employee's interacting one day
about another Foreign chef name Saaid employed at
Marriott Hotel," "that he lived on premises of that
particular Marriott But, was no longer there, The que-
stion is "where did He go?" There's too many missing!

④

While working at Marriott Hotel Hwy 280 _____ both American Caucasian Male employee's (middle aged Bartender Manager and young twenty or early thirties males) were Nice to me. The young Caucasian, twenty or early thirty something year old male Marriott employee name Phillip was maintaidence. Caucasian - The other middle age Manager-Bartender, walked back to kitchen area one day said, "I should apply for the part-time dish washing position Because they needed someone." I would have if the ordeal had not taken place with night Chef (young, african american Female (think name Marstta.)

Another incident while at Marriott Hotel working between dates of April 2022 and May 2022, "Within 30 to 45 minutes after an African American male Banquet Event Supervisor started yelling and cursing daytime Caucasian Male Chef He walked out and quit. I'd seen him working in kitchen earlier, "then heard commotion, yelling and african american male cursing, "within 30 minutes or so the Chef left. I was later told he quit.

Another time, "I spoke to Bill Pfaff, He looked at me and walked away," "He saw me and heard me."

I was going to use this job to get establish in Residency.

Janisa R. Turner

(1)

Brookwood Princeton May 2020 - April 2020 / Sicu

05/10/2020 (Sunday) As of the date, mentioned I've been working the last 2 days at Brookwood Princeton Hospital Sicu - Unit (Surgical Intensive Care Unit.) Between the times of 8 a.m. and 10:30 a.m. I was working Sicu Unit cleaning "When DR. FRYE and 2 other physicians with him," "walking around visiting several patients." One of the physicians, tall and Bald on top of cranium. The other Short (Both caucasian males.) DR. FRYE tall, between 6'2 & 6'4 (caucasian male) where's glasses.) As they walked through the Hallway to leave, "I asked DR. FRYE was His name DR. Ben ?" He Responded, "No." "And they continued to proceed out of door and off unit." Within 20 minutes to 1½ hours DR. FRYE came Back on Sicu Unit alone. I was in area of door when he walked in. Again I started talking to him and asked His name. He said, "DR. FRYE". I told DR. FRYE "I met DR. Ben Carson in year 2014 at Booksmith Store, Homewood, AL." Interacted with him for a few seconds. Then DR. FRYE walked back out of entry doors He'd just entered. Activity, Something prompt me to ask the physician, "Was his name DR. Ben the first time they were on Sicu Unit?" He doubled back and gave me His name.

This same date of 05/10/2020 something unusual took place as I worked Sicu Unit, this date of 05/10/2020 the Nurse (6'2 to 6'4) caucasian male nurse, about same Height as DR. FRYE, wears black framed glasses (so does DR. FRYE but, glasses are lighter.) What was

---

(9)

unusual about the tall, darker hair than Dr. Frye. But a slight resemblance. What was so unusual today 05/10/2020 about that particular nurse that slightly resembles Dr. Frye was "He was wearing a Black, engraved Brook Princeton Hospital Jacket and on left side of jacket when wearing was his suppose to be Name David W___ PA (PA meaning Physician Assistant) [Don't Remember Last name] The other unusual thing about this particular nurse [or P.A.] that resembled Dr. Frye "the nurse went into one of the patientes Room (Room 7, 8, 9, african american male) and addressed himself as the doctor." He specifically said to patience, "I am the doctor," "You're coming off medication," "I need for you to breathe, ok." He said those statements several times to patience. Walked to the computer system, typing. This is when I noticed the Black jacket He Had on and on his left side of black jacket was name David W___, He also addressed or told that same patient his name was David but, also said He was the doctor. He's 2 faced and Cannot Be Trusted.

On this date of 05/10/2020 these are the employees "I witnessed working on SICU-Unit (L___ caucasian male, Fa___ caucasian female, S___ caucasian male, W___ caucasian male and D___ W___ other name C___, caucasian male." [Forgot Names →]

05/09/2020 Brookwood Princeton Hospital/Sicu-Unit. ~~consolidate~~ date of 05/09/2020 (saturday) again - ~~05/04/2020~~ saturday "from environmental

~~~~

③

• seRVice supervisoR (Yolanda Banks) sent me to
Sicu Unit. This was my fiRst encounter with
on this date of 05/09/2020, saturday, NuRse,
C_____ but, date afteR 05/10/2020 "His name
Was David Woods and the date of 05/10/2020
(sunday) He was a P.A. (Physician Assistant). THE
05/09/20 day befoRe he woRe the name Badge C_____,
same person, working left side Sicu Unit." Worked
05/09/20 left side with NuRses, LauRa_____, caucasian
female, caucasian male L_forgot name (date of 05/09/2020)
I continued on with daily task, cleaning and saniti-
zing. TheRe at SuRgical Intensive CaRe Unit (Sicu-
Unit) I walked fRom Room to Room. StaRted fRom
Right side pulling thash, sanitizing, sweeping and
mopping.

Maybe lost
name Woods

   Started at Room 12 (foReign patient- Noah Madi-
danga_____) onto Rooms 11 down to Room 6.
most of the patience weRe sedated, not conscious,
until patient in Room #6. As I cleaned thRough I
could heaR him (middle age caucasian male) sCReam-
ing out but) Hadn't gotten aRound to him yet and
didn't know what patient it was yelling out.

                              I don't RemembeR.

    It was this Sicu Unit Room #___ "wheRe I became
extRemely suspicious."

Janisa R. Turner
(1)

04/28/2020 HireQuest.

Today 06/28/2020 after completing job task at Brookwood - Princeton Hospital from times 7a.m. to 3 p.m. I texted my time into 205-407-5697. Mike or wife Devin Kyser posted the sixty something dollars to my account. Shortly after earned funds were posted to the account the Hire Quest Office texted me, actually firing me from the Environmental Services Department at Brookwood Princeton Hospital located at 701-Princeton Ave. S.W. Birmingham/In the text it stated, "Thank you Janisa, I spoke michael and he told me that they are cutting down on employees and they no longer need your assistance" "He did say that you were a great help to them while you were there." They'd like today to be your last day at Princeton. The text took place 06/28/2020 at 4:44 p.m.

Several factors I believe involved the termination of my job services at Princeton Hospital

1) 06/27/2020 (Saturday) michael (forty something year old, african american male, Chef/Hall-Brookwood-Princeton Hospital, Environmental Service employee Supervisor worked for the first time as dispatching employees to certain floors for cleaning. He dispatched me early morning to 4th Floor, Room 4124, to discharge. Room by sanitizing and cleaning. What was unusual to was michael (don't know last name) "was on 4th Floor as I completed mopping



out Room 4124. The cleaning, sanitizing, making of Bed, had been completed. within a couple of seconds before mopping my way out of the Room, "I called from Room phone to alert system 4124 I'd put in progress earlier By calling same number had been completed." This is how the process works. "After arriving at job site, "a Beeper, assign employee number for that day," "the Beeper alerts there's a discharge Room available for cleaning." The clean-up person is to go to discharge area, call 7060, put Room in progress (start cleaning.) In the 7060 # it asked for assign 4 digit employee code and then put discharging in progress for timing. This is what took place 06/27/2020 "I called a few seconds before I was head to vacate Room 4124." After call, "I mopped my way out of Room, "looked to Right of me and there was michael standing to the Right." It was as if he hurried after I alerted the system Room was completed within time frame of 30 minutes to see if I was being truthful. When I was initially trained march 2020 for the job, Environmental Svc. employee (nickname) Keekee. I don't know her Real name. Upon the initial training "discharging of an Room Keekee would instruct me to call the 7060 # to alert system as she mopped out Room, upon completion of sanitizing and Bed making."

SICU

There's several Reasons why michael showed up there on yesterday 06/27/2020 after I called 7060 to take Room out of progress. I don't know how long it takes to get from 1st floor

③

Environmental Service to 4th Floor. He must have Bad the Hall from Environmental Service Department to West Elevators to 4th Floor. Because Shortly after I called 7060# to take Room 4124 out of progress and mark as clean, "I started mopping." "And mopped my way out of Room and there He was as if I was lying." What it goes back to is possibly he tried to cover other Supervisor Yolanda (First name Audrey) don't know Last name "Had Been taking Rooms out before I called to expose Room was completed. A lot of times I've called to end the discharge Room cleaning and it was already out of system.

For the last two times I've worked 06/19/2020 to 06/28/2020, "They've sent me to 5th Floor to work with Barbara Henderson (which is also an HireQuest Employee.") She's about 60 something years old, very talkative. Today 06/28/2020 was my first time driving her home. As we walked to my car I looked back and a security guard (caucasian male) had stepped from where he was stood and watched as Barbara and myself walked to vehicle. He watched as we pulled out.

It was two separate occasions Barbara Henderson was smart mouth to me. I didn't argue with or entertained the sad situation. Today 06/28/20 I walked into the environmental service meeting Room, "Barbara Henderson was distraught state." She stated, "One of Chotthall Environmental Service employees said something to offend Her." She went on Rambling in a distasteful manner about

(4)

Something somebody said offensive to her. Again, today 06/28/20 the other assistant supervisor dispatcher sent me to work with Barbara Henderson. Where she did a lot of talking to me and to patients, she did clean and work. I did laugh at her throughout the day but, still was aware of previous behavior towards me. At the end of the day I gave her a ride home 06/20.

Earlier the morning of 06/28/2020, between 7:30 a.m. and 7:15 a.m. while in congested cart room. Takes too long to prepare a cart for cleaning in cart room to go to floors. The morning of 06/28/2020 in cart room Laquita (another mentally ill HireQuest employee, young twenty or thirty something year old female-african american) said to me when I made statement, "the clean washed curtains are in the product storage room if you need to take down dirty curtains from patient room." She stated "I know (no) honey I'm not going to be doing all that." I walked off and got elevators to floor.

Prior to this date of 06/28/2020, between the dates of 06/12/2020 - 06/15/2020 at Brookwood Princeton Hospital while working one side of 5th floor. Laquita got into an argument with one of the caucasian female nurses. The nurse correct Laquita (HireQuest) about something she did. I didn't see them in confrontation but, could hear Laquita yelling at the nurse. I made my way around. Went into Bio-Hazard Room. Laquita walked into Biohazard

(5)

Room started explaining to me, The nurse approached her about so much talking on something of that nature, I said, "you're on a job and I will not Bicker back and forth with their permanent employees." Laquita went on saying, "she don't come up to me telling me what to do." Be mindful it was the week prior I noticed Laquita came into Cart Room storage where carts are prepared. A lot of times the employee's tie garbage bags to end of cart to put dirty towels and trash in. Sometimes they pull the plastic garbage bags off, leaving a small plastic portion attached to cart. I saw Laquita pull a Long pair of scissors out of her bag she bring into facility, cutting the small pieces of plastic off cart. Those scissors can be used to stab in a escalated Controntation. I consider Laquita dangerous. It's a reflection of the type of persons Mike & Devon Kyser @ Hire Quest are sending out to work sites. I questioned, "what's the purpose of her bringing those type of scissors inside the facility? When the thin pieces of plastic can be pulled off ends of carts. What is or what was the motive for the scissors.

Some people Rage from within.

⟶ I file an unemployment claim in Relation to this job and it was never Resolved.

Janisa R. Turder

**ExprssPers/GrandrivrsMall01/11/2021-10/10/2020**

01/11/2021, At 5:29 a.m. I text _Gabriella_ at Express Personnel _Near Roebuck/Bttrn, AL_. "to find out if I was due in to work 01/11/2021 at Grand Rivers Mall located at _in Leeds, Alabama_." I was off work Saturday 01/09/2021 – 01/10/2021(Sunday.) Normally Ga_briella_ text me back my work schedule. This day she didn't. At 8:41 a.m. I called Express Personnel Office. Gabriella said, "she'd reached out to Luis-owner of Creativity Cleaning Services/Grand Rivers(Hispanics) and he never responded back." Gab_riella_ said, "she would continue to reach out to those people. At this point in time 12:15 p.m. Gab_Riella_ never contacted me back. So I didn't go in.

Something unusual happened on Friday 01/08/2021 my last day working at Grand River's Mall. I was getting ready to clock out in the clock out room, "Tina, Hispanic female employee that claims she don't speak or understand English started laughing at me and said something in espanol to Mag_gie_ (another Hispanic female employed there part-time Grand Rivers Mall.)

Between the dates of 01/04/2021 & 01/07/2021, Luis (owner) worked cleaning tables. I'd mentioned to Luis I was seeking to move and had spoken to a Hispanic male about a rental property. Because people have been discussing me, in my personal life and in my business transactions I'm suspicious. One of those nights between the times of 7:50 p.m. & 8:30 p.m. "I left the Grand Rivers Mall, traveled the main road that connects Leeds, Al. to Birmingham Al. (Jefferson County, Al.,)" "got to the intersection of _Near Eastwood_ & cross street_South side of Bham_ the light changed green for me to go through and a white large f150 truck ran the light and seemingly tried to hit me. I didn't pull off right away and saw from my left the f150 truck was coming fast. I didn't pull off right away. I'm suspicious because, I told Luis earlier I was seeking to move from the property I was in and had spoken to a Hispanic about property he had for rent & possibly Luis went back and told some people behind my back and made mention. The white f150 truck looked like _truck Curtis Hammond_, "the African American male (very the Landlord Curtis Hammonds drove truck, he drove there to the property and talked to me really bad about the dogs I have there." I could not get the tag number. A week or before the incident f150 I was traveling downtown Birmingham, Al _around 14th or 16th st_. The cross street was 1st Avenue North. That day I was stopped at traffic light. My light changed green. Again, I didn't pull right off and could see a small white truck that time traveling at a high rate of speed. It was a definitely a Caucasian male and I did get the first 2 numbers of the tag. They definitely tried to hit my vehicle. Prior to these 2 incidents, "I made mention to Marilyn -Landlord, "that I was going to move off their property at 729-21st Ave. West, Birmingham, Al., because that boy next door is running cords from their property into property 727 21st Ave. West(where I live at 729) because their lights are out." After I said I was moving the two white trucks ran lights. Also 5 months after I moved into the property in 2019, "the wood cabinet doors fell off the wall." I went to the kitchen started sweeping up debri and the wood shelves fell onto my shoulders & head.

Grand Rivers Mall--- Also while working there for 2 or more weeks one of the managers (L_aRaida_) started questioning me about my marital status & children, "as if I owe her an

Mall I noticed daily a truck parked on lot daily selling rib eye steaks & seafood.  After I saw that Sheriff vehicle parked on the side of the road that night, "the next day or two the 2 Caucasian males selling rib eye steaks & seafood out of truck have not been seen again."

Sardisa R. Turner

**JobSites/PeopleReady/Onin/02/2019**

**At Adesa Auction, 2 weeks back from this date of 03/14/2019 on** Wednesday (February 27, 2019) I'd driven my old Honda to Jobsite People Ready sent me Adesa Auction, Moody, Al.. I noticed several St. Clair County Sheriffs at Auction (caucasian males.) When I first walked into the doorf at Adesa, "Karl Moore owner of Focus on Finance (where I got honda & toyota) was sitting at counter to left of building." I walked up and spoke to him. i still owe him $200.00 on Honda. Actually it's $100.00 but, he added an extra $100.00 for me being so late with final payment. On that date of 02/27/2019, "I'd not seen or spoken to Karl Moore in months or maybe even in a year."

During the auction proceeding, "almost to the end of main auction I drove a vehicle through the lane and the Adesa Auction employee that call out prices & things about vehicles over the intercom, "made a statement what I assumed called me a felon." There was an older bald Caucasian male had his touch screen phone turned directly in my direction. As if he was taking a photo of me. That's when the guy made the statement. I've not worked at that site since the date of 02/27/2019.

Otheremployee'sthruPeopleReady

Jacquita's Clean-Up Crew--It was one day between the dates of 02/28/2019 & 03/04/2019 I went to the People Ready Office, located at __3ʳᵈ Avenue South, Bham, AL__ An african american female overseer of the clen-up crew (Jacquita) was in the office. I asked about work. Charita (african american female) employee@People ready said, "Jacquita's Crew needed help for that day. I agreed to go that day.

There was one caucasian male, 2 african american males, myself, another african amer. female & Jaquita (the driver to transport clean-up crew to sites.) We all got into truck and started routing towards Tarrant, Al. As Jaquita started driving, "she stated I already have my regular crew for this route," "they are just off work that day." I then asked Jacquita, loudly and clearly, "Was her work group affiliated with the work crew I'd seen working the day before on Cherry Ave., Birmingham, Al?" It was as if I did not direct my question to Jacquita while headed to drive site. Jacquita was driving and didn't open her mouth after I asked question. Every body was quiet inside the truck. She heard me and intentionally ignored me. When Jacquita did not respond back to my question, "I felt agitated and very uneasy." I didn't say anything else. Within myself I said, "it was my first and last time working that particular job."

Be mindful, "I didn't & don't know her and it was my first time working her crew." So who is behind my back talking bad about me & why?

We got to another job site Pinson, Al and started picking up paper along the highway as Jacquita drove along in the company truck. I got to a certain point in Pinson, Al and found drivers license of a caucasian female and never mentioned the license to Jacquita or any of her workers. I later turned them to a middle aged caucasian Female _____ @ Jeff. Co. Sheriff) when I drove to

Sheriff Dept. Bessemer, Al.  No one was behind window at desk.  So I drove to ⎯⎯⎯⎯⎯⎯ and
spoke to ___dan't Reomember___. He advised "to take license to Jeff. Co. Birmingham."
Name

It was in the month of Feb. 2019 I was sent to work a Banquet Event at Samford University-Sodexo. I
arrived on time, early morning for the event (9 a.m.) I got upstairs in Beeson building and there were
other people ready employees waiting to work and for the coordinator (Debbie-middle aged caucasian
female.) I stood on one side of the wide hallway area across from what I thought was an african
american female. She was wearing a long straight wig, eyelashes, nail polish, black pants & shirt. As
time went and I could see she was a male. Many razor bumps and a lower pubic area bulge and besides
after looking at him, "I could see he was a male." When signed the log in book, "I saw his name was
Erwin Holiday." That day while working and setting up for banquet Erwin continuously dancing and
getting up on the females, with foul odor(possibly anal discharges.) The last time I saw Erwin Holiday I
saw Erwin Holiday was at Five Points West library with an african american female. Erwin was dressed
in women clothing. I didn't say anything to him. He was on computer number
⎯⎯⎯⎯⎯⎯⎯⎯. I didn't mention while working the Samford University Banquet, "one of the
afri. amer. female workers that day said, "Erwin dated a professional male ball player."

**OninStaffingAshly02/19/2019**

**On this morning 02/19/2019 when I finally could bring up cell phone some.  The cell phone was
acting up because, battery was not working properly.  Ashley from Onin Personell Temp. Agency had
texted me several messages, "to come into the office on 02/19/2019." I couldn't understand why
being that, I was in Onin Staffing Office two weeks ago.  Had already interviewed with Ashley at Job
Career Center@ near Roebuck & Hwy___ a week prior that between the dates of January 22,
2019 - February 1, 2019. I filled out an application and gave Ashley my resume'. I told her I did not
have voice minutes on my government cell phone and had unlimited texting.  Within a couple of days
or so Ashley texted and asked me, "to come into the Onin Staffing Office to finish up application
process." I text back and agreed.**

**I went into Onin staffing office on Tuesday, 2 weeks back 02/055/2019. She gave me a work card,
earned hours, paid by visa debit card and told me, "I could report to work at America's ABC Auction
Co. Moody, Al. on the following Wednesday 02/06/2019." I did report to work.**

**This is what happened on that date 02/06/2019, "as I routed to America's/ABC Auction, Moody, Al.
I drove to Adesa Auction. Had to turn around because, I'd driven to wrong place, to Adesa Auction. I
pulled onto a Bojangles Resturant where there was an african american male, City of Moody, Al Police
Officer name (H⎯⎯⎯⎯.) I asked him "where was the America's Car Auction. He gave me the
directions.   don't Reomember Name**

**After working there the first day at America's Auction thru Onin Staffing, "I dropped a letter to the
America's/ABC Auction to employee Justin (caucasian male.) The reason I dropped the letter was
because, the following of certain police officers (especially City of Birmingham.) Had been reading
and tracking every place I drove the 1997 Honda with installed, GPS, Navigation system. I decided to
drop 2 letters (one to Ashley at Onin Staffing and other to Justin at ABC/America's Staffing.**

   When I got to the auction, the last week of work 02/13/2019 Justin was outside.  I asked, "did he get my information I'd forwarded?"  He said, "oh, it was for me," "I thought it was for Rusty."  Rusty worked in payroll department and room we clocked in and out in."

   After my information to Ashley at Onin Staffing, "both letters was informative on some of the things had taken place in my past, due to their background checks."  Instead of Ashley taking the information I sent and reading it, "Ashley from my contact information on job application called my younger sister Tanja Turner."  Why?  Ashley made contact with tanja because tanja texted me informing me Ashley contacted her but, why?" All the information I forwarded to her was about me.

02/06/2018America's/ABCAuction

   On the date olf 02/06/2018 I left the house at 729-21st Ave. W headed to Moody, Al to work at America's/ABC Auction.  I left the house a little after 6 a.m., stopped at Kangaroo.  This particular assignment for one day was through Onin Staffing.  I arrived at America's/ABC Vehicle Auction.  The auction started in the lane I was driving at 10;15 a.m.  I was trained by an older, caucasian male.  When the actual auction started "82 year old caucasian female, trained me."  The situation was as follows, "in lane 7 we would get into vehicle as the bids take place," "when motioned to pull out, we left," "parked that vehicle, recirculated into another lane with a different vehicle."

   Another ~~young caucasian female, "was in the lanes~~

They never called me back and I never Hit, swipped another vehicle or object.
Later in 2020 I was sent back to ABC Auction for one day by Express Personnel, "my last day I left early due to employeed or Moody, AL Police Being mean to me."

They also sent me to Hertz Rental to park and clean cars. I never swiped or hit a object ← People Ready sent me.

Janisa R. Turner

(1)

Week of 07/13/2020 - 07/18/2020

07/18/2020, Addette Moyana — called me. Had not talk
-ed to her since months — after her outburst
over the phone with me the date of 07/13/2020 & 07/18/20
She called while I was in the Gardendale, AL
public library and I hung-up because, I could
not talk to her while in library. Again, I called
her back, "explained to her I could not talk while
in library." She asked me to drive and take her to
store where she lives in Homewood, AL? I did not
have any money and agreed to take her for the $5.00
she was going to pay me for gasoline, I took her.

Between 07/13/2020 & 07/17/2020, "I'd driven my 29 year
old niece to work at Legions Bridge, Fairfield, AL,"
I drove across the street to Dollar Tree to purchase
some items. I got into check out line and made
purchase. As I was walking out of door of dollar
the, "a female was yelling, "hey, hey," "I turned
in looked," "one of the african american females from
Brookwood-Princeton hospital, Environmental Service
Employee" "facility I recently worked and let go
I stood outside and waited for her to complete
transaction inside Dollar Tree, located at Fairfield,
Alabama

She (Denise Crothpall/Brookwood Princeton Hospital)
said, "she'd been wondering where I was and not
at work at Brookwood Princeton Hospital located
701 Princeton Ave SW, Birmingham, AL," "that she (I don't
know who it was) said that I got into an argument
with supervisor Edwin and mike and was let c

(9)

I Had no idea what she was talking about. "I Had not had an argument no employee" at Brook wood (Princeton)" I said to her. She went on to say, "they were looking for me to Hire back." I told her I wasn't going back there and that I'd worked all that day 06/28/2020 and after I completed shift Mike Kyser text me, This was His text to me, "Thank you Janisa, I spoke with Michael and He told me that they are cutting down on employees and they no longer need your assistance. He did say that you were a great help to them while you were there." "They'd Like today to be your last day at Princeton (Hospital)" While standing outside of Dollar Tree, Fairfield, AL I showed the text to Denise____. She again said, "they said I argued with someone (employee) and this was why I was let go and they were looking for me to Hire back. I said, "No, I will not Return because, you cannot do that," "Fire me based on secondary, outside information (discrimination)." We departed from each other, end of conversation.

What I Believe is several involved people who don't like me "made contact with Crothall (Princeton Hospital Employee's," "said some awful things about me," "that Resulted in my termination 06/28/2020." The other thing is when I did work in Environmental Service at Princeton Hospital before the firing 06/28/2020 "I Believe Supervisor (Audrey Yolanda) (don't know last name) when sometimes I completed discharge rooms (cleaning & sanitizing) within the 30 minutes she took the rooms out before," "making it appear as if it was taking me too long to complete rooms."

# I knew sometimes it would take me 45 minutes to an hour to fully clean and sanitize some rooms because, some rooms were more germy than others, "Blood on walls," "urine & feces on stool and behind stool," "specks of blood Bedrails," "I always pulled dirty linen," "spray counters, bed, bedrails," "door knobs, toilet, sinks, allowed to sit before cleaning, while sweeping," "Once sanitizing was complete, mopping."

It was in Month of latter May 2020 or early June 2020, "I was sent to 5-north and stepdown to clean Rooms," "I'd Been thinking about quitting job in environmental services," "that same day 2 doctors (caucasian Males approached me said We appreciate you Here," "I told them thank you and changed my mind about quitting," "Later in June 2020 Environmental Svcs. Fired me any," "Slander Behind my Back."